**Macco & Stern LLP**
*Proposed Attorneys for the Debtor*
2950 Express Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900
Michael J. Macco, Esq.
Cooper J Macco, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re:

                                                  Index No. 19-10915 (___)

H.T.O. ARCHITECT, PLLC,

                                                  Chapter 11

                    Debtor.
-------------------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 1007

STATE OF NEW YORK    )
                             ) s.s:
COUNTY OF SUFFOLK    )

      **H. Thomas O'Hara, Jr.,** being duly sworn, deposes and says:

      1.      I am the Managing Member of H.T.O. Architect, PLLC (the "Debtor"), the above-referenced debtor and debtor-in-possession.

      2.      The Debtor is a New York Limited Liability Company doing business as an architecture firm.

      3.      The circumstances leading to this filing was due to me and my wife's severe medical issues which caused me to temporarily leave the day to day operations of the business. Unbeknownst to Affiant, the employees left in charge of the Debtor failed to pay the rent or notify Affiant of an eviction proceeding, as well as the departure of three (3) of the Debtor's drafters who took a portion of the Debtor's clients from the Debtor, leaving the Debtor with insufficient staff to complete the jobs that remained and generate income to stay current with the monthly rent.

4.     The names and addresses of the twenty (20) largest creditors of the Debtor, excluding those creditors who would not be entitled to vote at a creditors' meeting under Rule 1007 and Bankruptcy Code §1102 as such creditors are insiders of the Debtor at the time of filing was filed with the Petition.

5.     To the best of my knowledge, information and belief, there is no lawsuit, litigation, or administrative proceeding pending against the Debtor, except to the extent listed in the Petition and Schedules.

6.     The Debtor leases premises located at 370 Seventh Avenue, Suite 220, New York, New York 10001, month-to-month at the monthly base rent of $12,000. The Debtor intends to relocate the business during the pendency of the Chapter 11 or negotiate a new long-term lease agreement at the current premises.

7.     This case was commenced as a case under chapter 11 of the Bankruptcy Code and, at this time, no creditors' committee has been organized.

8.     It is anticipated that the Debtor will receive $170,000 in gross receipts over the next thirty (30) days.

9.     The Debtor's monthly operating expenses are approximately $166,849.23 as set forth on the attached budged.

10.    Upon information and belief, there is: (a) one (1) secured creditor, Advantage Capital Funding, who has a UCC lien on substantially all of the Debtor's assets; and (b) a lease agreement with NFS Leasing Inc.

11.    The Debtor's assets and the Debtor's liabilities are set forth in the annexed schedules.

12. No stocks, bonds, debentures or other securities of the Debtor have been publically issued.

13. None of the Debtor's property is in the possession, control, of any custodian, public officer, mortgagee, pledge, and assignee of rents, a secured creditor, or agent of any such entity.

14. All of the Debtor's assets are located at 370 Seventh Avenue, Suite 220, New York, New York 10001.

15. The location of the Debtor's books and records are at the above address and in the possession custody and control of Laurence Offsey, the Debtor's accountant.

16. No assets of the Debtor are outside of the territorial limits of the United States.

H. Thomas O'Hara, Jr.
Managing Member

Sworn to before me this
28th day of March, 2019

/s/ Michael J. Macco
Notary Public
Michael J. Macco
Notary Public, State of New York
No. 02MA4761094
Qualified in Suffolk County
Commission Expires January 31, 2023

| H.T.O. ARCHITECT OFFICE BUDGET | | |
|---|---|---|
| | | Total Expense per Month |
| *Computer Expense:* | | |
| | Adobe | $54.43 |
| | Ebility | $100.00 |
| | Inbox Solutions | $292.00 |
| | Intuit | $45.73 |
| | NFS / Dell Leasing | $1,247.58 |
| | Logmein.com | $49.00 |
| | Norton (Firewall Software) | $15.00 |
| | Payroll | $9.99 |
| | Drop Box | $44.95 |
| | Email Blast | $840.00 |
| | BIM Autodesk | $3,400.00 |
| | Pagea | $45.00 |
| Total: | | $6,143.68 |
| | | |
| *Telephone Expense:* | | |
| | AT&T | $548.52 |
| | Verizon | $6,000.00 |
| Total: | | $6,548.52 |
| | | |
| *Utilities Expense:* | | |
| | D&W | $895.00 |
| | Skywater | $384.24 |
| Total: | | $1,279.24 |
| | | |
| *Rent Expense:* | | |
| | Jeffrey Management Crop | $12,000.00 |
| Total: | | $12,000.00 |
| | | |
| *Supplies Expense:* | | |
| | Stationary supplies | $500.00 |
| | Printing | $1,200.00 |
| | Furniture | $375.00 |
| Total: | | $2,075.00 |
| | | |
| *Postage & Delivery Expenses:* | | |
| | City Expeditor | $895.00 |
| | FedEx | $384.24 |
| Total: | | $1,279.24 |
| | | |
| *Repair & Maintenance:* | | |
| | Signature Cleaning | $888.00 |
| | I.T Service ED | $2,000.00 |
| | NSCC | $1,500.00 |
| | Furniture | $3,000.00 |
| Total: | | $7,388.00 |

| **Transportation Expense:** | | |
|---|---|---:|
| | 2075-Office Auto | $2,200.00 |
| | Leslie (Driver) | $4,800.00 |
| | E-Zpass | $600.00 |
| | Car Insurance | $1,000.00 |
| | Gas / Maintenance | $500.00 |
| Total: | | $9,100.00 |
| | | |
| **Insurance Expense:** | | |
| | IPFS | $4,254.55 |
| | Oxford | $12,000.00 |
| | Guardian | $2,200.00 |
| | The Hartford | $1,500.00 |
| Total: | | $19,954.55 |
| | | |
| **Tax Expense:** | | |
| | UBT Tax (4%) | $2,000.00 |
| Total: | | $2,000.00 |
| | | |
| **Dues & Subscription:** | | |
| | NCARB | $500.00 |
| | AIA | $700.00 |
| | Rebny Real Estate | $100.00 |
| Total: | | $1,300.00 |
| | | |
| **Office Expenses** | | |
| | Miscellaneous Office Expenses | $1,000.00 |
| Total: | | $1,000.00 |
| | | |
| **Travel Expenses:** | | |
| | Flights & Hotels | $4,200.00 |
| Total: | | $4,200.00 |
| | | |
| **Secured Creditor Payments** | | |
| | Advantage | $3,250.00 |
| Total: | | $3,250.00 |
| | | |
| **Payroll Expense** | | |
| | Salary | $54,665.00 |
| | Officer Draw | $34,666.00 |
| Total: | | $89,331.00 |
| | | |
| **TOTAL EXPENSES:** | | $166,849.23 |